Thomas Dimitre
dimitre@mind.net
PO Box 801
Ashland, OR 97520
Telephone: 541-890-5022
In Pro Per

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**THOMAS DIMITRE, an individual**

    **Plaintiff**

     **v.**

**CALIFORNIA STATE UNVERSITY, and TRUSTEES OF THE CALIFORNIA STATE UNIVERISTY**

    **Defendants**

Case No.  2:17-cv-02416-JAM-GGH

**STIPULATION OF DISMISSAL FRCP 41A AND ORDER OF DISMISSAL**

**JUDGE:  JOHN MENDEZ**

_____

    Plaintiff Thomas Dimitre and California State University and Trustees of the California State University hereby stipulate under Federal Rules of Civil Procedure 41a(1)(ii) that this action be dismissed without prejudice to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated February 20, 2018            Thomas Dimitre, In Pro per

                                   /s/ Thomas Dimitre
                                   _____
                                   Thomas Dimitre


Dated February 20, 2018            For California State University
                                   And Trustees of the California State University

                                   By:  /s/ Katherine Winder
                                   _____
                                   Katherine Winder

# ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rules of Civil Procedure 41(a)(1)(ii)  IT IS HEREBY ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITHOUT PREUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs  The Clerk is directed to close the file.

Dated:  February 20, 2018.

_/s/ John A. Mendez_____ ___
John Mendez
UNITED STATES DISTRICT COURT JUDGE